1:26-cr-00586
Judge Sunil R. Harjani
Magistrate Judge Daniel P. McLaughlin
RANDOM / CAT. 4

FILED
ALR 11/16/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUES BRYANT | Case Number: 26 CR 586<br><br>Violation: Title 18, United States Code, Section 2113(a) |

The SPECIAL OCTOBER 2026 GRAND JURY charges:

On or about May 26, 2026, at Arlington Heights, in the Northern District of Illinois, Eastern Division,

MARQUES BRYANT,

defendant herein, by intimidation, attempted to take from the person and presence of a bank employee money belonging to, and in the care, custody, control, management, and possession of Bank of Hope, located at 83 West Golf Road, Arlington Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

____________________________
FOREPERSON

______________________________________
ANDREW S. BOUTROS
UNITED STATES ATTORNEY